**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. _____ 05 - CV - 02637-的

**(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 28 2005

GREGORY C. LANGHAM
CLERK

LENFORD NEVER-MISSES-A-SHOT,

     Applicant,

v.

W.A. SHERROD, Warden,

     Respondent.

---

**ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
DIRECTING APPLICANT TO CURE DEFICIENCY**

---

     Applicant has submitted a Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action, and an Application for a Writ

of Habeas Corpus Pursuant to 28 U.S.C. § 2241.  The court has determined that the

documents are deficient as described in this order.  Notwithstanding the deficiencies,

the clerk of the court will be directed to commence a civil action.  Applicant will be

directed to cure the following if he wishes to pursue his claims.  Any papers which the

Applicant files in response to this order must include the civil action number on this

order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)   __     is not submitted
(2)   __     is missing affidavit
(3)   X     is missing certified copy of prisoner's trust fund statement for the 6-month
              period immediately preceding this filing (Account statement submitted is
              not certified by a prison official.)

(4)    ___    is missing required financial information
(5)    ___    is missing an original signature by the prisoner
(6)    X    is not on proper form (must use the court's current form)
(7)    ___    names in caption do not match names in caption of complaint, petition or
                 habeas application
(8)    ___    An original and a copy have not been received by the court.
                 Only an original has been received.
(9)    ___    other: _____

**Complaint, Petition or Application:**
(10)    ___    is not submitted
(11)    X    is not on proper form (must use the court's current form)
(12)    ___    is missing an original signature by the prisoner
(13)    ___    is missing page nos. ___
(14)    ___    uses et al. instead of listing all parties in caption
(15)    ___    An original and a copy have not been received by the court. Only an
                 original has been received.
(16)    ___    Sufficient copies to serve each defendant/respondent have not been
                 received by the court.
(17)    ___    names in caption do not match names in text
(18)    ___    other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Applicant cure the deficiencies designated above

**within thirty (30) days from the date of this order**. Any papers which the Applicant

files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Applicant, together

with a copy of this order, two copies of the following forms: Prisoner's Motion and

Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus

Action; Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. It is

FURTHER ORDERED that, if the Applicant fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the application and

the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this _28_ day of _December_, 2005.

BY THE COURT:

s/ O. Edward Schlatter

_____

O. EDWARD SCHLATTER
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

### CERTIFICATE OF MAILING

Civil Action No. 05 - CV - 02637 - OES

Lenford Never Misses A Shot
Reg. No. 12582-073
FCI – Englewood
9595 W. Quincy Ave.
Littleton, CO 80123

    I hereby certify that I have mailed a copy of the **ORDER and two copies of Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241** to the above-named individuals on 12/28/05

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk